Argued March 27, affirmed April 9, 1973

SHUTTS, *Appellant, v.* STATE ACCIDENT
INSURANCE FUND, *Respondent.*

508 P2d 456

*Jerome B. Buckley, Jr.,* Portland, argued the cause
for appellant. On the brief were Galton & Popick,
Portland.

*Al J. Laue,* Assistant Attorney General, Salem,
argued the cause for respondent. With him on the
brief were Lee Johnson, Attorney General, and John
W. Osburn, Solicitor General, Salem.

Before Schwab, Chief Judge, and Fort and Thornton, Judges.

PER CURIAM.

In this workmen's compensation case claimant seeks an award for compensation for aggravation of a preexisting disability. The hearing officer found that there was an aggravation. The Board found that there was not. The trial judge agreed with the Board. We agree with the trial judge and adopt his opinion, which states:

"The issue before the Court is whether or not there has been, since October 6, 1967, an aggravation of the disability resulting from the compensable injury Claimant suffered in May, 1966. On October 6, 1967 it was determined that Claimant, from that accident, had sustained a permanent partial disability equal to 30% loss of an arm by separation for an unscheduled injury to Claimant's back.

"I have read the medical reports considered by the Hearing Officer in 1967 and the reports supplied by Claimant to support his claim of aggravation. I have also read the testimony presented at the aggravation hearing. I conclude that while Claimant's general condition has deteriorated substantially since 1967, he has failed to establish that the disability resulting from the 1966 accident has been aggravated.

"In 1967 Claimant's problem was localized in his low back. It was for that condition (low back sprain superimposed upon previously asymptamatic [sic] arthritis) that he was given the 30% award. His present complaints relative to the low back area are about as they were five years ago.

"Presently, however, Claimant has problems with his arms, all of his joints, his legs, his neck and

just about every part of his body. These problems are attributed to a generalized arthritis and aging, not the 1966 accident.

"* * * * *."

Affirmed.